IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CASE NO.: 07-10146(PJW) |
| MORTGAGE LENDERS NETWORK | : | |
| USA, INC. | : | CHAPTER 11 |
| Debtor | : | RE: Docket No. 367, 484 |

## NOTICE OF APPEAL

Mitchell Heffernan, director and former Chief Executive Officer and President of the Debtor, Mortgage Lenders Network USA, Inc., appeals under Bankruptcy Rule 8001(a) and 28 U.S.C. § 158 (a) or (b) from the judgment, order, or decree of United States Bankruptcy Judge Peter J. Walsh denying the Motion of Mitchell Heffernan to Enjoin the State of Connecticut from Criminal Prosecution Pursuant to 11 U.S.C. §105 entered by the Court on the 18th day of April, 2007.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant, Mitchell Heffernan

Robert Scandone, Esquire
1800 J.F.K. Blvd, Suite 200
Philadelphia, PA 19103
(215) 563-6571
Attorney for Mitchell Heffernan
**and**
Gary M. Perkiss, Esquire
Judith P. Rodden, Esquire
Pozzuolo & Perkiss, P.C.
2033 Walnut Street
Philadelphia, PA 19103
(215) 977-8200
Attorneys for Mitchell Heffernan

Albert M. Greto, Esquire
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, DE 19899-0756
(302) 761-9000
Local Counsel for Mitchell Heffernan

Appellee, State of Connecticut
Joan E. Pilver, Esquire
Robert W. Clark, Esquire
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141

James Stang, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
**and**
James O'Neill, Esquire
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Counsel for Debtor Mortgage Lenders Network USA, Inc.

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Regina Stango Kelbon, Esquire
Michael B. Schaedle, Esquire
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
**and**
David W. Carickhoff, Jr., Esquire
Jason W. Staib, Esquire
Blank Rome, LLP
Chase Manhattan Centre
Wilmington, DE 19801
Attorneys for The Official Committee of Unsecured Creditors
of Mortgage Lenders Network USA, Inc.

Diane Malfeld, Esquire
Chris Lenhart, Esquire
Patrick McLaughlin, Esquire
Dorsey & Whitney, LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
**and**

Mary F. Caloway, Esquire
Eric Lopez Schnbel, Esquire
Buchanan, Ingersoll & Rooney, PC
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE, 19801
Counsel for Residential Funding Company, LLC


Respectfully submitted,

Dated:  April 19, 2007                        BY: _____/S/_____
                                                  ROBERT SCANDONE, ESQUIRE
                                                  1800 John F. Kennedy Blvd, Suite 200
                                                  Philadelphia, PA 19103
                                                  (215) 563-6571
                                                  Admitted Pro Hac Vice
                                                           and
POZZUOLO & PERKISS, P.C.

Dated:  April 19, 2007                        BY: _____/S/_____
                                                  GARY M. PERKISS, ESQUIRE
                                                  JUDITH P. RODDEN, ESQUIRE
                                                  2033 Walnut Street
                                                  Philadelphia, PA 19103
                                                  (215) 977-8200
                                                  Admitted Pro Hac Vice
                                                  Attorneys for Mitchell Heffernan
                                                           and
                                            ALBERT M. GRETO, ESQUIRE
                                            1701 Shallcross Avenue, Suite C
                                            P.O. Box 756
                                            Wilmington, DE 19899-0756
                                            (302) 761-9000
                                            Local Counsel for Mitchell Heffernan

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

05/17/2007

C.A. No.:
Bankruptcy Case No.: **07-10146 (PJW)**
Appeal No.: **07-13**

Bankruptcy Appeal Transmittal Sheet

| | |
|---|---|
| Name of Appellant(s): | **Mitchell Heffernan** |
| Counsel for Appellant(s): | **Albert M. Greto**<br>1701 Shallcross Avenue, Suite C<br>P. O. Box 756<br>Wilmington, DE 19899-0756<br>(302) 761-9000 |
| Name of Appellee: | **State of Connecticut** |
| Counsel for Appellee: | **Richard Blumenthal, Attorney General**<br>Joan E. Pilver<br>Robert W. Clark<br>Assistant Attorney General<br>55 Elm Street, 4th Fl.<br>P. O. Box 120<br>Hartford, CT 06141-0120<br>(860) 808-5150 |

Enclosed Items:

**Electronically Filed on 5/17/2007**

**Notice of Appeal: (Docket #489)**
**Appealable Orders: (Docket #'s 484)**
**Appellants Designation of Record on Appeal: (Docket # 535)**
**Appellees Designation: (Docket #558)**
**Transmittal letter: (Docket # 590)**

```
                UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE


In re:                          )  Chapter 11
                                )
MORTGAGE LENDERS NETWORK USA,   )  Case No. 07-10146(PJW)
INC.,                           )
         Debtor.                )
```

## ORDER DENYING INJUNCTION MOTION

Upon consideration of the motion (Doc. # 367) of Mitchell Heffernan for entry of an order, pursuant to 11 U.S.C. § 105, enjoining the State of Connecticut from criminal prosecution and the objection thereto by the State of Connecticut, for the reasons stated by the Court at the conclusion of oral argument on April 10, 2007, the motion is denied.

_____
Peter J. Walsh
United States Bankruptcy Judge

Dated: April 18, 2007