IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **MORTGAGE LENDERS NETWORK,** | : | |
| **USA, INC.** | : | Case No. 07-10146 (PJW) |
| | : | |
| Debtor | : | |
| | : | |

**APPELLANT MITCHELL HEFFERNAN'S DESIGNATION OF ITEMS
TO BE INCLUDED IN RECORD ON APPEAL AND
STATEMENT OF ISSUES PRESENTED**

Appellant Mitchell Heffernan, pursuant to Bankruptcy Rule 8006, hereby designates the following items to be included in the Record on Appeal:

### Designation of Record on Appeal

1. Motion to Enjoin the State of Connecticut from Criminal Prosecution Pursuant to 11 U.S.C. § 105, with attachments including Memorandum of Law, proposed form of Order and Affidavit, filed March 27, 2007 (Docket No. 367);

2. Mitchell Heffernan's Motion for Expedited Hearing Pursuant to Local Rule 9006-1(E), with attachments including proposed form of Order, filed March 28, 2007 (Docket No. 376);

3. Exhibit, Memorandum of Law, Notice, proposed form of Order and Affidavit filed by Mitchell Heffernan, filed March 28, 2007 (Docket No. 377);

4. Order granting Motion for Expedited hearing Pursuant to Local Rules 9006-1(E), dated March 29, 2007 (Docket No. 386);

5. Motion to Reconsider the Court's Order dated March 29, 2007 filed by Mitchell Heffernan, filed March 29, 2007 (Docket No. 387);

6. Supplemental Memorandum of Law in Support of Mitchell Heffernan's Motion to Enjoin the State of Connecticut from Criminal Prosecution pursuant to 11 U.S.C. § 105 including Exhibits 1 through 8, filed on April 9, 2007(Docket No. 430);

7. Stipulation regarding Affidavit of Mitchell Heffernan, filed April 10, 2007 (Docket No. 443);

8. Minutes of Hearing held on April 10, 2007, filed April 10, 2007 (Docket No. 444);

      9.      Transcript of Hearing held on April 10, 2007 on Mitchell Heffernan's Motion to Enjoin;

      10.      Order Denying Injunction Motion, dated April 18, 2007 (Docket No. 484).

### Statement of Issues Presented

      1.      Whether the Bankruptcy Court erred in holding it had no authority under the broad equitable powers granted to it by 11 U.S.C. § 105 to grant injunctive relief to Mitchell Heffernan, a director and former officer of the Debtor, who was indemnified by the Debtor under the Debtor's By-Laws, where the Debtor acknowledged the right to indemnification and joined in Mitchell Heffernan's Motion for injunctive relief, and where the State of Connecticut sought to arrest and criminally prosecute Mitchell Heffernan, under a strict liability statute, for the unpaid obligations of the Debtor, because the exceptions to the automatic stay provisions set forth in 11 U.S.C. § 362(b)(1) prevented the Bankruptcy Court from granting the relief sought.

Respectfully submitted,

Dated: April 30, 2007      BY: _____/S/_____
      ROBERT SCANDONE, ESQUIRE
      1800 John F. Kennedy Blvd, Suite 200
      Philadelphia, PA 19103
      (215) 563-6571
      Admitted Pro Hac Vice

      and

POZZUOLO & PERKISS, P.C.

Dated: April 30, 2007      BY: _____/S/_____
      GARY M. PERKISS, ESQUIRE
      JUDITH P. RODDEN, ESQUIRE
      2033 Walnut Street
      Philadelphia, PA 19103
      (215) 977-8200
      Admitted Pro Hac Vice

      and
      ALBERT M. GRETO, ESQUIRE
      1701 Shallcross Avenue, Suite C
      P.O. Box 756
      Wilmington, DE 19899
      Algreto@gretolaw.com
      Attorneys for Appellant Mitchell Heffernan