IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MORTGAGE LENDERS NETWORK, | : | |
| USA, INC. | : | Case No. 07-10146 (PJW) |
| | : | |
| Debtor | : | |
| | : | |

**COUNTER-DESIGNATION OF ITEMS BY STATE OF CONNECTICUT
TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee, the State of Connecticut, hereby files this Counter-Designation of Items to be included in the record on appeal. In addition to the items included in the Appellant's Designation of Items to be Included in Record on Appeal and Statement of Issues Presented, the State of Connecticut adds the following items to the record:

| Filing Date | Docket No. | Document |
|---|---|---|
| 4/3/2007 | 396 | Motion to Strike with Respect to (A) Motion to Enjoin the State of Connecticut from Criminal Prosecution Pursuant to 11 U.S.C. §105; (B) Memorandum of Law in Support of Motion; and (C) Affidavit of Mitchell Heffernan in Support of Motion Filed by GMAC-RFC. (Attachment: #1). |
| 4/5/2007 | 421 | Objection to Mitchell Heffernan to Enjoin the State of Connecticut from Commencing Criminal Prosecution Pursuant to 11 U.S.C. Section 105 (Attachment #1; #2 Exhibit). |

APPELLEE,
STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joan E. Pilver, CT #08604
Robert W. Clark CT #18681
Assistant Attorney General
55 Elm Street, 4th Fl., P.O. Box 120
Hartford, Connecticut 06141-0120
Tel: (860) 808-5150; (860) 808-5020
Fax: (860) 808-5383; (860) 808-5347
Email: Joan.Pilver@PO.STATE.CT.US
Email: Robert.Clark@PO.STATE.CT.US

Case 1:07-cv-00268-GMS    Document 3    Filed 05/17/2007    Page 2 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MORTGAGE LENDERS NETWORK, | : | |
| USA, INC. | : | Case No. 07-10146 (PJW) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the State of Connecticut's Counter-Designation of Items to Be Included in Record on Appeal was made by means of the court's electronic system or first class mail this ___ day of May, 2007, upon:

**ATTORNEYS FOR MITCHELL HEFFERNAN**

Robert Scandone
1800 John F. Kennedy Blvd, Suite 200
Philadelphia, PA 19103

Gary M. Perkiss
Judith P. Rodden
Pozzuolo & Perkiss, PC
2033 Walnut Street
Philadelphia, PA 19103

**LOCAL COUNSEL FOR MITCHELL HEFFERNAN**

Albert M. Greto
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, DE 19899-0756

**ATTORNEYS FOR DEBTOR**

James E. O'Neill
Laura Davis Jones
Curtis A. Hehn
Timothy P. Cairns
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

David W. Carickhoff, Jr.
Jason W. Staib
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Regina Stango Kelbon
Michael B. Schaedle
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103


**ATTORNEYS FOR RESIDENTIAL FUNDING COMPANY**

Mary F. Caloway
Eric Lopez Schnabel
Buchanan Ingersoll & Rooney, PC
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801

*First Class Mail*

**Office of the United States Trustee**
Mark S. Kenney
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                                                Joan E. Pilver
                                                Assistant Attorney General
                                                State of Connecticut