IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (Wilmington)

In re: :
:
MORTGAGE LENDERS NETWORK, USA, INC. :   No. 1:07-cv-00268(UNA)
              Debtor :
:

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Mitchell Heffernan in regard to the above captioned matter.

Date: 6.19.07

BALICK & BALICK, LLC

BY: _____
JAMES E. DRNEC, ESQUIRE
711 King Street
Wilmington, DE 19801
(302) 658-4265 (telephone)
(302) 658-1682 (facsimile)
jdrnec@balick.com
DE Bar # 3789