IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (Wilmington)

In re: :
:
MORTGAGE LENDERS NETWORK, USA, INC. :   No. 1:07-cv-00268(UNA)
        Debtor :
:

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance as counsel for Mitchell Heffernan in regard to the above captioned matter.

Date: 6-19-2007

ALBERT M. GRETO, ESQUIRE
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, DE 19899
Algreto@gretolaw.com
(302) 761-9000