IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
_____x
In re:                        :    Chapter 11
                              :
Mortgage Lenders Network,     :    Case No. 1:07-cv-00268
USA, Inc.,                    :
                              :
            Debtors.          :
_____x
```

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

TO: Clerk of the Court
United States District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Please enter the appearance of Francis A. Monaco, Jr., Esquire, of the firm of Monzack and Monaco, P.A., as counsel for Attorney General of the State of Connecticut. The Attorney General for the State of Connecticut is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

> **Francis A. Monaco, Jr., Esquire
> Monzack and Monaco, P.A.
> 1201 N. Orange Street, Suite 400
> P.O. Box 2031
> Wilmington, Delaware 19899-2031
> (302) 656-8162 (Tel)
> (302) 656-2769 (Fax)
> fmonaco@monlaw.com (E-mail)**

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition,

pleading, request, complaint, or demand, whether formal or informal, filed in these chapter 11 cases.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Attorney General for the State of Connecticut's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which the Attorney General for the State of Connecticut is or may be entitled, in law or in equity, all of which the Attorney General for the State of Connecticut expressly reserves.

MONZACK AND MONACO, P.A.

*/s/ Francis A. Monaco, Jr.*
Francis A. Monaco, Jr., (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19899-2031
(302) 656-8162

Counsel for the Attorney General for the State of Connecticut

Dated: June __, 2007

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via email and electronic notice on June 21, 2007 upon:

James E. O'Neill, III
Pachulski, Stang, Ziehl,
Young & Jones, PC
919 North Market Street, Suite 1600
Wilmington, DE 19801
Via Email: joneill@pszyjw.com

James Edward Drnec
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
Via Email: jdrnec@balick.com

Gary M. Perkiss
Via Email: Gary@pozzuolo.com

Judith P. Rodden
Via Email: judy@pozzuolo.com

Robert Scandone
Via Email: rscandone@yahoo.com

Under penalty of perjury, I declare that the foregoing is true and correct.

_[signature]_
Kristie L. Dalton

Dated: June 21, 2007