IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| MORTGAGE LENDERS NETWORK USA, INC., ) | Bankruptcy Case No. 07-10146-PJW |
| ) | Case No. 1:07-cv-00268 |
| Debtor. ) | |
| ) | |
| ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| MITCHELL HEFFERNAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF CONNECTICUT ) | |
| ) | |
| Appellee. ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned Mediator reports that the Mediation was completed on July 17, 2007 and resolved in the following manner *(complete applicable provisions)*:

(a) The following individuals were present:

(1) Parties (name and capacity) –

Assistant Attorney General, Robert Clark, via telephone for State of Connecticut.
Attorneys Robert Scandone and Judy Rodden, in person for Mitchell Heffernan.

(2) Counsel (name and party representing) –

Assistant Attorney General, Robert Clark, Attorney for Appellee.
Attorneys Robert Scandone and Judy Rodden, Attorneys for Appellant.

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

\_\_\_\_\_   The matter has been completely resolved and counsel (or parties) have

       been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____    The matter has been partially resolved and counsel (or parties) have been instructed to file appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:

__X__    The matter has not been resolved and should proceed to trial.

_____    OTHER:

Dated: _July 27, 2007_

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
300 Delaware Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record