IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORTGAGE LENDERS NETWORK USA, INC., )<br>)<br>Debtor. )<br>_____ )<br>MITCHELL HEFFERNAN, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>STATE OF CONNECTICUT, )<br>)<br>Appellee. )<br>_____ ) | Civil Action No. 07-268-*** |

### ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than August 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 14, 2007
Wilmington, Delaware