IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | | |
|---|---|---|
| In re: <br> MORTGAGE LENDERS NETWORK, <br> USA, INC. | : <br> : <br> : | No.: 1:07-cv-00268*** |
| Debtor | : <br> : | B.R. No. 07-10146 (PJW) |
| MITCHELL HEFFERNAN | : | |
| Appellant | : <br> : | |
| vs. | : <br> : | |
| STATE OF CONNECTICUT | : <br> : | |
| Appellee | : | |

## STIPULATION OF COUNSEL OF A BRIEFING SCHEDULE PURSUANT TO THE COURT'S ORDER DATED AUGUST 14, 2007

**IT IS HEREBY STIPULATED AND AGREED** this 17th day of August 2007, by and between James E. Drnec, Esquire and Judith P. Rodden, Esquire, counsel for Mitchell Heffernan ("Appellant") and Francis A. Monaco, Jr., Esquire, counsel for the State of Connecticut ("Appellee), that pursuant to the Court's Order dated August 14, 2007, the parties hereto jointly submit the following briefing schedule related to the above captioned matter:

1. Appellant shall file and serve his Memorandum of Law no later than **October 5, 2007.**

2. Appellee shall file and serve its Memorandum of Law no later than **November 23, 2007.**

3. Appellant shall file and serve his Reply Memorandum of Law, if any, no later than **December 21, 2007.**

Respectfully submitted:

| | |
|---|---|
| BALICK & BALICK, P.C.<br><br>BY: _____<br>JAMES R. DRNEC, ESQUIRE (DE#3789)<br>711 King Street<br>Wilmington, DE 19801<br>(302) 658-1632<br>jrdnec@balock.com | WOMBLE CARLYLE SANDRIDGE<br>& RICE, PLLC<br><br>BY: _____<br>FRANCIS A. MONACO, JR. (DE#2078)<br>222 Delaware Avenue, 15th floor<br>Wilmington, DE 19801<br>(302) 252-4340<br>fmonaco@wcsr.com |
| and | and |
| POZZUOLO & PERKISS, P.C.<br><br>BY: _____<br>JUDITH P. RODDEN, ESQUIRE<br>2033 Walnut Street<br>Philadelphia, PA 19103<br>(215) 977-8200<br>judy@pozzuolo.com<br>Admitted Pro hac Vice | STATE OF CONNECTICUT<br>ROBERT W. CLARK, ESQUIRE<br>Assistant Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>(860) 808-5261<br>Robert.clark@po.state.ct.us |
| ROBERT SCANDONE, ESQUIRE<br>1800 John F. Kennedy Blvd., Suite 200<br>Philadelphia, PA 19103<br>(215) 563-6571<br>Admitted Pro Hac Vice | Attorneys for Appellee |
| Attorneys for Appellant | |

**APPROVED BY THE COURT:**

Date: _____

_____
U.S.D.J.