IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | | |
|---|---|---|
| In re:<br>MORTGAGE LENDERS NETWORK,<br>USA, INC. | : | No.: 1:07-cv-00268*** |
| Debtor | : | B.R. No. 07-10146 (PJW) |
| MITCHELL HEFFERNAN | : | |
| Appellant | : | |
| vs. | : | |
| STATE OF CONNECTICUT | : | |
| Appellee | : | |

## STIPULATION OF COUNSEL AMENDING THE BRIEFING SCHEDULE SET FORTH IN THE COURT'S ORDER DATED AUGUST 23, 2007

IT IS HEREBY STIPULATED AND AGREED this 26th day of September 2007, by and between James E. Drnec, Esquire and Judith P. Rodden, Esquire, counsel for Mitchell Heffernan ("Appellant") and Francis A. Monaco, Jr., Esquire, counsel for the State of Connecticut ("Appellee), that the parties hereto jointly file this Stipulation Amending the Briefing Schedule Set Forth in the Court's Order dated August 23, 2007, in the above captioned matter, as follows:

1. Appellant shall file and serve his Memorandum of Law no later than **October 12, 2007.**

2. Appellee shall file and serve its Memorandum of Law no later than **November 30, 2007.**

3. Appellant shall file and serve his Reply Memorandum of Law, if any, no later than **December 21, 2007.**

Respectfully submitted:

| | |
|---|---|
| BALICK & BALICK, P.C. | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| BY: _____ | BY: _____ |
| JAMES E. DRNEC, ESQUIRE (DE#3789) | FRANCIS A. MONACO, JR. (DE#2078) |
| 711 King Street | 222 Delaware Avenue, 15th floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-1632 | (302) 252-4340 |
| jdrnec@balock.com | fmonaco@wcsr.com |
| and | and |
| POZZUOLO & PERKISS, P.C. | STATE OF CONNECTICUT |
| BY: _____ | ROBERT W. CLARK, ESQUIRE |
| JUDITH P. RODDEN, ESQUIRE | Assistant Attorney General |
| 2033 Walnut Street | 55 Elm Street |
| Philadelphia, PA 19103 | P.O. Box 120 |
| (215) 977-8200 | Hartford, CT 06141-0120 |
| judy@pozzuolo.com | (860) 808-5261 |
| Admitted Pro hac Vice | Robert.clark@po.state.ct.us |
| ROBERT SCANDONE, ESQUIRE | Attorneys for Appellee |
| 1800 John F. Kennedy Blvd., Suite 200 | |
| Philadelphia, PA 19103 | |
| (215) 563-6571 | |
| Admitted Pro Hac Vice | |

Attorneys for Appellant

**APPROVED BY THE COURT:**

Date: _____          _____
                                                      U.S.D.J.