IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| MORTGAGE LENDERS NETWORK, ) | Civil Action No. 1:07-CV-00268 |
| USA, INC. ) | |
|     Debtor. ) | |
| ) | |
| MITCHELL HEFFERNAN ) | |
| ) | |
|     Appellant ) | |
| ) | |
| Vs. ) | |
| ) | |
| STATE OF CONNECTICUT ) | |
| ) | |
|     Defendant ) | |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

    Francis A. Monaco, Jr., Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Joan E. Pilver, Assistant Attorney General for the State of Connecticut, 55 Elm Street, Hartford, CT 06141-0120. The Admittee is admitted, practicing, and in good standing of the bar of the State of Connecticut.

                                     Francis A. Monaco, Jr. #2078
                                     Womble Carlyle Sandridge & Rice, PLLC
                                     222 Delaware Avenue, 15th Floor
                                     Wilmington, DE 19801
                                     T: (302) 252-4340

    Motion Granted.

                                    BY THE COURT:

Dated: _____        _____
                                        United States District Court Judge

WCSR 3780957v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware

Joan E. Pilver, Esquire
Assistant Attorney General
State of Connecticut
Office of Attorney General
55 Elm Street
Hartford, CT 06141-0120
Tel: (860) 808-5150
FAX: (860) 808-5383
Joan.Pilver@po.state.ct.us

WCSR 3780957v1