IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| In re:<br>MORTGAGE LENDERS NETWORK,<br>USA, INC.<br><br>                    Debtor | No.: 1:07-cv-00268***<br><br>B.R. No. 07-10146 (PJW) |
| MITCHELL HEFFERNAN<br><br>                    Appellant<br><br>vs.<br><br>STATE OF CONNECTICUT<br><br>                    Appellee | |

**STIPULATION OF COUNSEL OF A BRIEFING SCHEDULE PURSUANT TO THE COURT'S ORDER DATED SEPTEMBER 27, 2007**

**IT IS HEREBY STIPULATED AND AGREED** this 19th day of November 2007, by and between James E. Drnec, Esquire and Judith P. Rodden, Esquire, counsel for Mitchell Heffernan ("Appellant") and Francis A. Monaco, Jr. and Robert Clark, Esquire, counsel for the State of Connecticut ("Appellee) that the parties hereby jointly file this Stipulation Amending the Briefing Schedule Set Forth in the Court's Order dated September 27, 2007, in the above captioned matter, as follows:

   1.   Appellee shall file and serve its Memorandum of Law no later than December 21, 2007.

   2.   Appellant shall file and serve his Reply Memorandum of Law, if any, no later than January 22, 2008.

Respectfully submitted:

| BALICK & BALICK, P.C. | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|---|---|
| BY: _____ | BY: _____ |
| JAMES E. DRNEC, ESQUIRE (DE#3789) | FRANCIS A. MONACO, JR. (DE#2078) |
| 711 King Street | 222 Delaware Avenue, 15th floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-1632 | (302) 252-4340 |
| jrdnec@balick.com | fmonaco@wcsr.com |

and

POZZUOLO & PERKISS, P.C.

BY: _____
JUDITH P. RODDEN, ESQUIRE
2033 Walnut Street
Philadelphia, PA 19103
(215) 977-8200
judy@pozzuolo.com
Admitted Pro Hac Vice

and

STATE OF CONNECTICUT
ROBERT W. CLARK, ESQ.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5020
Robert.clark@po.state.ct.us

Attorneys for Appellant

Attorneys for Appellees

**APPROVED BY THE COURT:**

Date: _____

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less that 18 years of age, and that I caused service of the foregoing document to be made via electronic notice and via email on November 20, 2007 upon:

James E. O'Neill, III
Pachulski, Stang, Ziehl & Jones
919 N. Market Street
Wilmington, DE 19801
joneill@pzsj.com

Albert M. Greto
O'Brien, Belland & Bushinsky, LLC
1701 Shallcross Avenue, Suite C
Wilmington, DE 19801
algreto@gretolaw.com

James Edward Drnec
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
jrdnec@balick.com

Judith P. Rodden
Pozzuolo & Perkiss, PC
2033 Walnut Street
Philadelphia, PA 19103
judy@pozzuolo.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  November 20, 2007          /s/ Kristie Dalton
                                    Kristie L. Dalton

WCSR 3785446v1