IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

In re:
MORTGAGE LENDERS NETWORK,
USA, INC.

           Debtor

MITCHELL HEFFERNAN

           Appellant

vs.

STATE OF CONNECTICUT

           Appellee

No.: 1:07-cv-00268***

B.R. No. 07-10146 (PJW)

## STIPULATION OF COUNSEL AMENDING THE BRIEFING SCHEDULE SET FORTH IN THE COURT'S ORDER DATED NOVEMBER 20, 2007

**IT IS HEREBY STIPULATED AND AGREED** this 19th day of January 2008, by and between James E. Drnec, Esquire and Judith P. Rodden, Esquire, counsel for Mitchell Heffernan ("Appellant") and Francis A. Monaco, Jr., Esquire, counsel for the State of Connecticut ("Appellee"), that the parties hereto jointly file this Stipulation Amending the Briefing Schedule Set Forth in the Court's Order dated November 20, 2007, in the above captioned matter, as follows:

1.    Appellant shall file and serve his Reply Memorandum of Law, if any, no later than **January 25, 2008**.

(Intentionally Left Blank – Signature Page to Follow)

Respectfully submitted:

BALICK & BALICK, P.C.

BY: _____
JAMES E. DRNEC, ESQUIRE (DE#3789)
711 King Street
Wilmington, DE 19801
(302) 658-1632
jdrnec@balock.com

and

POZZUOLO & PERKISS, P.C.

BY: _____
JUDITH P. RODDEN, ESQUIRE
2033 Walnut Street
Philadelphia, PA 19103
(215) 977-8200
judy@pozzuolo.com
Admitted Pro hac Vice

ROBERT SCANDONE, ESQUIRE
1800 John F. Kennedy Blvd., Suite 200
Philadelphia, PA 19103
(215) 563-6571
Admitted Pro Hac Vice

Attorneys for Appellant

**APPROVED BY THE COURT:**

Date: _____

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

BY: _____
FRANCIS A. MONACO, JR. (DE#2078)
222 Delaware Avenue, 15th floor
Wilmington, DE 19801
(302) 252-4340
fmonaco@wcsr.com

and

STATE OF CONNECTICUT
ROBERT W. CLARK, ESQUIRE
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5261
Robert.clark@po.state.ct.us

Attorneys for Appellee

_____
U.S.D.J.